UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

RAHEEM RASHEED ABUBARDAR,

         Plaintiff,

         v.

ROBERT S. CREEDON, JR., Clerk Magistrate
Plymouth County Superior and District Court,
and ADAM J. BALER, Asst. Clerk of Plymouth
County Superior Court,

         Defendants.
_____

Civil Action No. 15-12824-JCB

## MEMORANDUM AND ORDER

December 15, 2015

BOAL, M. J.

      On June 25, 2015, *pro se* prisoner plaintiff Raheem Rasheed Abubardar ("Abubardar") filed this action for damages against the Plymouth County Superior Court Clerk Magistrate and Assistant Clerk for delay of his Superior Court Action. Dkt. No. 1. On October 15, 2015, this Court issued an order stating that Abubardar's claim is subject to dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) because an adequate state remedy exists as a means of addressing his claim. Dkt. No. 9. In its order, the Court directed Abubardar to show cause, within thirty-five days, as to why this action should not be dismissed. The Court also indicated that failure to comply with its order would likely result in dismissal of this action. Abubardar has not complied with the Court's October 15, 2015 order, and the time to do so has expired. Accordingly, this Court recommends that a District Judge dismiss this action with prejudice.

### Review By District Judge

The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72(b), any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation.  The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections.  See Fed. R. Civ. P. 72.  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation.  See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir.1993).

  /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge