UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-12824-RGS

RAHEEM RASHEED ABUBARDAR

v.

ROBERT S. CREEDON, JR., Clerk Magistrate
Plymouth County Superior and District Court,
and ADAM J. BALER, Asst. Clerk
of Plymouth County Superior Court

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

January 5, 2016

STEARNS, D.J.

I concur with Magistrate Judge Boal's conclusion that Raheem Rasheed Abubardar's claim is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because an adequate state remedy exists as a means of addressing his claim. *See* Dkt. #11. On October 15, 2015, M.J. Boal directed Abubardar to show cause by November 19, 2015 ("within thirty five days" or risk dismissal) why the court should permit his claims to proceed. See Dkt. #9. To date, Abubardar has failed to file any response. Consequently, the Recommendation is ADOPTED and the petition is DISMISSED.

Any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is DENIED, the court seeing no meritorious or

substantial basis supporting an appeal. The Clerk is instructed to close the case.

        SO ORDERED.

        /s/ Richard G. Stearns_____
        UNITED STATES DISTRICT JUDGE